IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Michael Cross** ) <br> 12791 W. State Hwy. 47 ) <br> Blackwell, MO 63626, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **Portfolio Recovery Associates, LLC** ) <br> ) <br> ) <br> ) <br> Defendant. ) | Case No. 4:10-cv-01743-JCH |

**Notice of Dismissal**

It is hereby stipulated by and between plaintiff, Michael Cross, and defendant, Portfolio Recovery Associates, LLC, that Plaintiff's Complaint and all of Plaintiff's claims and causes of action arising herein be, and the same are, hereby dismissed with prejudice to plaintiff. The parties shall bear their own court costs.

Respectfully submitted,

/s/ Steven R. White
_____
Purschke, White, Robinson & Becker LLC
STEVEN R. WHITE #45595MO, MBE 45595
316 E. Locust
Union, Missouri 63084
white@purschkewhite.com
(636) 583-5760  Fax: (866)804-1569
ATTORNEY FOR PLAINTIFF